---

**TERRY PIE**,
522 Three Mile Road, #111
Racine, WI 52402

AND

**TANYA PIE**,
522 Three Mile Road, #111
Racine, WI 52402

       Plaintiffs,

       v.                                       Case No. 25-1472

**UNKNOWN AGENTS OF THE U.S. MARSHALS SERVICE**,
c/o U.S. Marshal Anna Ruzinski
United States Federal Building and Courthouse
517 East Wisconsin Avenue, Room 771
Milwaukee, WI 53202,

       Defendants.

---

## COMPLAINT

---

Plaintiffs, Terry Pie and Tanya Pie, by their attorneys, Devine Cohen, S.C., complain against the defendant as follows:

### JURISDICTION AND VENUE

1.      This action is brought pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971). This Court has jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1343, and 2201.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

1

## PARTIES

3. Plaintiff Terry Pie is a United States citizen and an adult resident of the State of Wisconsin, currently residing at 522 Three Mile Road, #111 in Racine, Wisconsin 53402.

4. Plaintiff Tanya Pie is a United States citizen and an adult resident of the State of Wisconsin, currently residing at 522 Three Mile Road, #111 in Racine, Wisconsin 53402.

5. At all times material hereto, Defendants, unknown agents of the U.S. Marshals Service, were acting under color of federal law in their capacity as law enforcement officers employed by the U.S. Marshals Service and/or the Great Lakes Regional Fugitive Task Force. The Eastern District of Wisconsin office of the U.S. Marshals Service is located at the United States Federal Building and Courthouse, 517 East Wisconsin Avenue, Room 771 in Milwaukee, Wisconsin 53202.

## STATEMENT OF FACTS

6. On September 4, 2024, the Defendants, unknown agents of the U.S. Marshals Service (hereinafter, "Defendants"), acting in conjunction with the Racine Police Department, entered the residence of 522 Three Mile Road, #112 in Racine, Wisconsin 53402 (hereinafter, "Apartment 112"), pursuant to the Search Warrant attached hereto as Exhibit A.

7. Upon information and belief, the Defendants were attempting to locate an individual identified as Kerrion Marsh, believed to reside at Apartment 112 with the mother of his child, Tashiana Pie.

8. Upon information and belief, the Defendants searched Apartment 112 and did not locate Kerrion Marsh.

2

9. When the Defendants were unable to locate Kerrion Marsh in Apartment 112, they entered the apartment located at 522 Three Mile Road, #111 in Racine, Wisconsin 53402 (hereinafter, "Apartment 111"), the residence of the Plaintiffs, Terry Pie and Tanya Pie.

10. The Defendants entered Apartment 111 without permission of the Plaintiffs.

11. Upon information and belief, the Defendants entered Apartment 111 with use of a master key they obtained from the apartment building's property manager.

12. Upon information and belief, the Defendants entered Apartment 111 without a search warrant.

13. Upon information and belief, the Defendants did not have probable cause to believe that Kerrion Marsh was present in Apartment 111.

14. Upon information and belief, there were no exigent circumstances justifying the Defendants' warrantless entry into Apartment 111.

15. When the Defendants entered Apartment 111, Plaintiff Terry Pie, age 70, was alone in the apartment.

16. Upon information and belief, the Defendants entered Apartment 111 with their weapons drawn.

17. Upon entry, the Defendants proceeded to search Apartment 111 for Kerrion Marsh, who was not located in the apartment.

18. Upon information and belief, Plaintiff Terry Pie was not free to leave Apartment 111 while the Defendants conducted their search.

19. The Defendants' warrantless entry and search of Apartment 111, with their weapons drawn, caused the Plaintiffs fear, humiliation, worry, and emotional distress.

3

20. Additionally, the Defendants' warrantless seizure and detainment of Plaintiff Terry Pie caused the Plaintiff Terry Pie fear, humiliation, worry, and emotional distress.

## CLAIM I – UNREASONABLE SEARCH AND SEIZURE

21. The Plaintiffs re-allege and incorporate by reference paragraphs 1 through 20 of this Complaint as though fully set forth herein.

22. The Defendants, unknown agents of the U.S. Marshals Service, acting under the color of federal law, unlawfully entered the apartment located at 522 Three Mile Road, #111 in Racine, Wisconsin 53402, without permission, without a search warrant, without probable cause, and without exigent circumstances justifying a warrantless entry.

23. The Defendants' warrantless and unlawful entry into the Plaintiffs' residence violated the Plaintiffs' right guaranteed by the Fourth Amendment of the United States Constitution to be free from unreasonable searches.

24. Upon information and belief, the Defendants, unknown agents of the U.S. Marshals Service, acting under the color of federal law, unlawfully seized and detained Plaintiff Terry Pie within the apartment located at 522 Three Mile Road, #111 in Racine, Wisconsin 53402, without an arrest warrant and without probable cause.

25. The Defendants' warrantless and unlawful detainment of Terry Pie violated her right guaranteed by the Fourth Amendment of the United States Constitution to be free from unreasonable seizure.

26. As a result of the violation of their Constitutional and civil rights, Plaintiffs Terry Pie and Tanya Pie suffered fear, humiliation, worry, and emotional distress, along with other damages in an amount to be determined at trial.

4

27. There is no alternative legal process or statutory remedy available that will provide adequate relief to the Plaintiffs for the Defendants' violation of their rights under the Fourth Amendment of the United States Constitution to be free from unreasonable search and seizure.

**WHEREFORE**, Plaintiffs demand judgment against the Defendants as follows:

1. For an award of compensatory and punitive damages;

2. For plaintiffs' attorney's fees and costs incurred in this action;

3. For such other relief to which the plaintiffs may be entitled by law or in equity;

4. For such other relief as the court deems just.

Dated this 23rd day of September, 2025.

**DEVINE COHEN, S.C.**

By:   s/ Anne D. Cohen
      Anne D. Cohen, No. 1101542
      Attorneys for Plaintiffs, Terry Pie and Tanya Pie

**Mailing Address**:
840 Lake Avenue, Suite 300
Racine, WI  53403
(262) 632-7541, Option 2
(262) 364-2088 facsimile

**DEMAND IS HEREBY MADE FOR TRIAL BY JURY OF TWELVE.**